PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

75585228

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
09/03/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Oth NP | 0.00 | 0.0000 | 0.01 | 0.01 | SS EE | 6.71 | 1,425.39 |
| Productv | 0.00 | 0.0000 | 0.00 | 21,526.66 | Medicare | 1.57 | 333.36 |
| PTO | 0.00 | 0.0000 | 0.00 | 2,849.51 | FIT WH | 0.00 | 2,211.72 |
| TobDscnt | 0.00 | 0.0000 | 0.00 | 400.00 | GA WH | 0.00 | 989.33 |
| Overtime | 0.00 | 0.0000 | 0.00 | 207.34 | Medical | -87.35 | 1,310.25 |
| | | | | | Dental | -18.75 | 281.25 |
| | | | | | Vision | -2.94 | 44.10 |
| TOTAL EARNINGS | | >>> | 0.01 | 24,983.52 | Emp Life | -0.61 | 9.15 |
| | | | | | HC FSA | 0.00 | 369.28 |
| NON CASH DESC | | EARNINGS | | YEAR-TO-DATE | 401K % | 0.00 | 999.35 |
| | | | | | CPIDThft | -7.38 | 110.70 |
| Imp Inc | | | 0.00 | 20.70 | EmplGive | 5.00 | 85.00 |
| | | | | | 401kLoan | 0.00 | 1,889.44 |
| | | | | | Total Deductions | -103.75 | 10,058.32 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 21,990.84 |
| SS EE | 22,990.19 |
| Medicare | 22,990.19 |
| GA WH | 21,990.84 |

| NET PAY >>> | | 103.76 |
|---|---|---|
| PAY PERIOD | 08/15/2021 - | 08/28/2021 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | 75.83 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXXX2705 | | 103.76 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| GA | | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

75585228
DATE: 09/03/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

KARYN COLEGROVE
525 PITTMAN MILL CT.
LOGANVILLE, GA 30052

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

75379786

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
08/06/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 90.00 | 18.8088 | 1,692.80 | 21,526.66 |
| OT 07/24 | 0.50 | 9.5588 | 4.78 | 207.34 |
| OT 07/31 | 9.50 | 9.5307 | 90.54 | 0.00 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 400.00 |
| PTO | 0.00 | 0.0000 | 0.00 | 2,849.51 |
| TOTAL EARNINGS | | >>> | 1,813.12 | 24,983.51 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 104.27 | 1,418.68 |
| Medicare | 24.39 | 331.79 |
| FIT WH | 167.23 | 2,211.72 |
| GA WH | 75.72 | 989.33 |
| Medical | 87.35 | 1,397.60 |
| Dental | 18.75 | 300.00 |
| Vision | 2.94 | 47.04 |
| Emp Life | 0.61 | 9.76 |
| HC FSA | 23.08 | 369.28 |
| 401K % | 72.52 | 999.35 |
| 401kLoan | 118.09 | 1,889.44 |
| CPIDThft | 7.38 | 118.08 |
| EmplGive | 5.00 | 80.00 |
| Total Deductions | 707.33 | 10,162.07 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 22.08 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 21,882.56 |
| SS EE | 22,881.91 |
| Medicare | 22,881.91 |
| GA WH | 21,882.56 |

| NET PAY >>> | 1,105.79 |
|---|---|
| PAY PERIOD | 07/18/2021 - 07/31/2021 |

| ACCRUAL PLAN | ACCRUAL BALANCE |
|---|---|
| PTO | 7.69   75.83 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXXX2705 | | 1,105.79 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

75379786

DATE: 08/06/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

75251478

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
07/23/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 84.25 | 18.8088 | 1,584.64 | 19,833.86 |
| PTO | 6.00 | 18.8088 | 112.85 | 2,849.51 |
| OT 07/17 | 10.00 | 9.5294 | 95.29 | 112.02 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 375.00 |
| TOTAL EARNINGS | | >>> | 1,817.78 | 23,170.39 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 104.56 | 1,314.41 |
| Medicare | 24.45 | 307.40 |
| FIT WH | 167.76 | 2,044.49 |
| GA WH | 75.98 | 913.61 |
| Medical | 87.35 | 1,310.25 |
| Dental | 18.75 | 281.25 |
| Vision | 2.94 | 44.10 |
| Emp Life | 0.61 | 9.15 |
| HC FSA | 23.08 | 346.20 |
| 401K % | 72.71 | 926.83 |
| 401kLoan | 118.09 | 1,771.35 |
| CPIDThft | 7.38 | 110.70 |
| EmplGive | 5.00 | 75.00 |
| Total Deductions | 708.66 | 9,454.74 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 20.70 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 20,273.31 |
| SS EE | 21,200.14 |
| Medicare | 21,200.14 |
| GA WH | 20,273.31 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXXX2705 | | 1,109.12 |

**NET PAY >>>** 1,109.12

PAY PERIOD 07/04/2021 - 07/17/2021

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.69 | 68.14 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

75251478
DATE: 07/23/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

75141067

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
07/09/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 67.25 | 18.8088 | 1,264.89 | 18,249.22 |
| PTO | 12.75 | 18.8088 | 239.81 | 2,736.66 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 350.00 |
| OT 07/03 | 0.25 | 9.5596 | 2.39 | 16.73 |
| TOTAL EARNINGS | | >>> | 1,532.09 | 21,352.61 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.85 | 1,209.85 |
| Medicare | 20.31 | 282.95 |
| FIT WH | 134.85 | 1,876.73 |
| GA WH | 60.21 | 837.63 |
| Medical | 87.35 | 1,222.90 |
| Dental | 18.75 | 262.50 |
| Vision | 2.94 | 41.16 |
| Emp Life | 0.61 | 8.54 |
| HC FSA | 23.08 | 323.12 |
| 401K % | 61.28 | 854.12 |
| 401kLoan | 118.09 | 1,653.26 |
| CPIDThft | 7.38 | 103.32 |
| EmplGive | 5.00 | 70.00 |
| Total Deductions | 626.70 | 8,746.08 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 19.32 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 18,659.59 |
| SS EE | 19,513.71 |
| Medicare | 19,513.71 |
| GA WH | 18,659.59 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXXX2705 | | 905.39 |

**NET PAY >>>** 905.39

PAY PERIOD 06/20/2021 - 07/03/2021

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.69 | 66.45 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS:$0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

75141067
DATE: 07/09/2021

ZERO DOLLARS AND 00/100

AMOUNT
$***0.00

| PAID ON BEHALF OF: | EASTSIDE GEN SURG, LLC | | 75048730 |
|---|---|---|---|
| FACILITY: | EASTSIDE SURGICAL ASSOC | | KARYN COLEGROVE |
| | 1600 Medical Way, Suite 220, Snellville, GA 30078 | | 06/25/2021 |
| | 770-972-7999 | | |
| PROCESS LEVEL: | 20139 | | |
| EMPLOYEE ID: | 064508387 | | |

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE | | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|
| Productv | 75.75 | 18.8088 | 1,424.76 | 16,984.33 | | SS EE | 81.89 | 1,123.00 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 325.00 | | Medicare | 19.15 | 262.64 |
| OT 06/12 | 0.25 | 9.5596 | 2.39 | 14.34 | | FIT WH | 125.64 | 1,741.88 |
| PTO | 0.00 | 0.0000 | 0.00 | 2,496.85 | | GA WH | 55.80 | 777.42 |
| | | | | | | Medical | 87.35 | 1,135.55 |
| TOTAL EARNINGS | | >>> | 1,452.15 | 19,820.52 | | Dental | 18.75 | 243.75 |
| | | | | | | Vision | 2.94 | 38.22 |
| | | | | | | Emp Life | 0.61 | 7.93 |
| | | | | | | HC FSA | 23.08 | 300.04 |
| | | | | | | 401K % | 58.09 | 792.84 |
| | | | | | | 401kLoan | 118.09 | 1,535.17 |
| | | | | | | CPIDThft | 7.38 | 95.94 |
| | | | | | | EmplGive | 5.00 | 65.00 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 17.94 |

| | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| Total Deductions | 603.77 | 8,119.38 |

**NET PAY >>>**  848.38
PAY PERIOD  06/06/2021 - 06/19/2021

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 17,320.13 |
| SS EE | 18,112.97 |
| Medicare | 18,112.97 |
| GA WH | 17,320.13 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.28 | 71.51 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 | | 848.38 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

75048730
DATE: 06/25/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74926627

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
06/11/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 49.50 | 18.8088 | 931.03 | 15,559.57 |
| PTO | 30.50 | 18.8088 | 573.67 | 2,496.85 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 300.00 |
| Overtime | 0.00 | 0.0000 | 0.00 | 11.95 |
| TOTAL EARNINGS | | >>> | 1,529.70 | 18,368.37 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.69 | 1,041.11 |
| Medicare | 20.28 | 243.49 |
| FIT WH | 134.57 | 1,616.24 |
| GA WH | 60.08 | 721.62 |
| Medical | 87.35 | 1,048.20 |
| Dental | 18.75 | 225.00 |
| Vision | 2.94 | 35.28 |
| Emp Life | 0.61 | 7.32 |
| HC FSA | 23.08 | 276.96 |
| 401K % | 61.19 | 734.75 |
| 401kLoan | 118.09 | 1,417.08 |
| CPIDThft | 7.38 | 88.56 |
| EmplGive | 5.00 | 60.00 |
| Total Deductions | 626.01 | 7,515.61 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 16.56 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 16,057.42 |
| SS EE | 16,792.17 |
| Medicare | 16,792.17 |
| GA WH | 16,057.42 |

**NET PAY >>>   903.69**

PAY PERIOD   05/23/2021 - 06/05/2021

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.69 | 64.23 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 | | 903.69 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS:$0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

74926627

DATE: 06/11/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74836507

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
05/28/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 62.00 | 18.8088 | 1,166.15 | 14,628.54 |
| PTO | 18.00 | 18.8088 | 338.56 | 1,923.18 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 275.00 |
| Overtime | 0.00 | 0.0000 | 0.00 | 11.95 |
| TOTAL EARNINGS | | >>> | 1,529.71 | 16,838.67 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.70 | 954.42 |
| Medicare | 20.28 | 223.21 |
| FIT WH | 134.58 | 1,481.67 |
| GA WH | 60.08 | 661.54 |
| Medical | 87.35 | 960.85 |
| Dental | 18.75 | 206.25 |
| Vision | 2.94 | 32.34 |
| Emp Life | 0.61 | 6.71 |
| HC FSA | 23.08 | 253.88 |
| 401K % | 61.19 | 673.56 |
| 401kLoan | 118.09 | 1,298.99 |
| CPIDThft | 7.38 | 81.18 |
| EmplGive | 5.00 | 55.00 |
| Total Deductions | 626.03 | 6,889.60 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 15.18 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 14,720.26 |
| SS EE | 15,393.82 |
| Medicare | 15,393.82 |
| GA WH | 14,720.26 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 | | 903.68 |

**NET PAY >>> 903.68**

PAY PERIOD 05/09/2021 - 05/22/2021

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.69 | 87.04 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

74836507
DATE: 05/28/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74713808

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
05/14/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Productv | 76.50 | 18.8088 | 1,438.87 | 13,462.39 | SS EE | 86.70 | 867.72 |
| PTO | 3.50 | 18.8088 | 65.83 | 1,584.62 | Medicare | 20.27 | 202.93 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 250.00 | FIT WH | 134.57 | 1,347.09 |
| Overtime | 0.00 | 0.0000 | 0.00 | 11.95 | GA WH | 60.08 | 601.46 |
|  |  |  |  |  | Medical | 87.35 | 873.50 |
| TOTAL EARNINGS |  | >>> | 1,529.70 | 15,308.96 | Dental | 18.75 | 187.50 |
|  |  |  |  |  | Vision | 2.94 | 29.40 |
|  |  |  |  |  | Emp Life | 0.61 | 6.10 |
|  |  |  |  |  | HC FSA | 23.08 | 230.80 |
|  |  |  |  |  | 401K % | 61.19 | 612.37 |
|  |  |  |  |  | 401kLoan | 118.09 | 1,180.90 |
|  |  |  |  |  | CPIDThft | 7.38 | 73.80 |
|  |  |  |  |  | EmplGive | 5.00 | 50.00 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 13.80 |

| Total Deductions | 626.01 | 6,263.57 |
|---|---|---|

**NET PAY >>>**  903.69

PAY PERIOD 04/25/2021 - 05/08/2021

### YEAR-TO-DATE TAXABLE WAGES

| FIT WH | 13,383.09 |
| SS EE | 13,995.46 |
| Medicare | 13,995.46 |
| GA WH | 13,383.09 |

| ACCRUAL PLAN | ACCRUAL BALANCE | |
|---|---|---|
| PTO | 7.69 | 97.35 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 |  | 903.69 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED  S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

74713808
DATE: 05/14/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74623986

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
04/30/2021

PROCESS LEVEL: 20139

EMPLOYEE ID: 064508387

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Productv | 71.75 | 18.8088 | 1,349.53 | 12,023.52 | SS EE | 86.70 | 781.02 |
| PTO | 8.25 | 18.8088 | 155.17 | 1,518.79 | Medicare | 20.28 | 182.66 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 225.00 | FIT WH | 134.57 | 1,212.52 |
| Overtime | 0.00 | 0.0000 | 0.00 | 11.95 | GA WH | 60.08 | 541.38 |
|  |  |  |  |  | Medical | 87.35 | 786.15 |
| TOTAL EARNINGS |  | >>> | 1,529.70 | 13,779.26 | Dental | 18.75 | 168.75 |
|  |  |  |  |  | Vision | 2.94 | 26.46 |
|  |  |  |  |  | Emp Life | 0.61 | 5.49 |
|  |  |  |  |  | HC FSA | 23.08 | 207.72 |
|  |  |  |  |  | 401K % | 61.19 | 551.18 |
|  |  |  |  |  | 401kLoan | 118.09 | 1,062.81 |
|  |  |  |  |  | CPIDThft | 7.38 | 66.42 |
|  |  |  |  |  | EmplGive | 5.00 | 45.00 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 12.42 |

| Total Deductions | 626.02 | 5,637.56 |
|---|---|---|

**NET PAY >>>**  903.68

PAY PERIOD 04/11/2021 - 04/24/2021

### YEAR-TO-DATE TAXABLE WAGES

| FIT WH | 12,045.93 |
|---|---|
| SS EE | 12,597.11 |
| Medicare | 12,597.11 |
| GA WH | 12,045.93 |

| ACCRUAL PLAN | ACCRUAL BALANCE | |
|---|---|---|
| PTO | 7.69 | 93.16 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 |  | 903.68 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

74623986
DATE: 04/30/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74520248

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
04/16/2021

PROCESS LEVEL: 20139
EMPLOYEE ID: 064508387

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE | DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| Productv | 65.00 | 18.8088 | 1,222.57 | 10,673.99 | SS EE | 86.69 | 694.32 |
| PTO | 15.00 | 18.8088 | 282.13 | 1,363.62 | Medicare | 20.27 | 162.38 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 200.00 | FIT WH | 134.57 | 1,077.95 |
| Overtime | 0.00 | 0.0000 | 0.00 | 11.95 | GA WH | 60.08 | 481.30 |
|  |  |  |  |  | Medical | 87.35 | 698.80 |
| TOTAL EARNINGS |  | >>> | 1,529.70 | 12,249.56 | Dental | 18.75 | 150.00 |
|  |  |  |  |  | Vision | 2.94 | 23.52 |
|  |  |  |  |  | Emp Life | 0.61 | 4.88 |
|  |  |  |  |  | HC FSA | 23.08 | 184.64 |
|  |  |  |  |  | 401K % | 61.19 | 489.99 |
|  |  |  |  |  | 401kLoan | 118.09 | 944.72 |
|  |  |  |  |  | CPIDThft | 7.38 | 59.04 |
|  |  |  |  |  | EmplGive | 5.00 | 40.00 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 11.04 |

| | | |
|---|---|---|
| Total Deductions | 626.00 | 5,011.54 |

**NET PAY >>> 903.70**

PAY PERIOD  03/28/2021  -  04/10/2021

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 10,708.77 |
| SS EE | 11,198.76 |
| Medicare | 11,198.76 |
| GA WH | 10,708.77 |

| ACCRUAL PLAN | ACCRUAL BALANCE | |
|---|---|---|
| PTO | 7.69 | 93.72 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 |  | 903.70 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

DEPOSIT VOUCHER ONLY-
NOT A CHECK

74520248
DATE: 04/16/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

PAID ON BEHALF OF: EASTSIDE GEN SURG, LLC

74419981

FACILITY: EASTSIDE SURGICAL ASSOC
1600 Medical Way, Suite 220, Snellville, GA 30078
770-972-7999

KARYN COLEGROVE
04/02/2021

PROCESS LEVEL: 20139
EMPLOYEE ID: 064508387

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 77.25 | 18.8088 | 1,452.98 | 9,451.42 |
| PTO | 2.75 | 18.8088 | 51.72 | 1,081.49 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 175.00 |
| OT 03/20 | 0.25 | 9.5596 | 2.39 | 11.95 |
| TOTAL EARNINGS | | >>> | 1,532.09 | 10,719.86 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.85 | 607.63 |
| Medicare | 20.31 | 142.11 |
| FIT WH | 134.85 | 943.38 |
| GA WH | 60.21 | 421.22 |
| Medical | 87.35 | 611.45 |
| Dental | 18.75 | 131.25 |
| Vision | 2.94 | 20.58 |
| Emp Life | 0.61 | 4.27 |
| HC FSA | 23.08 | 161.56 |
| 401K % | 61.28 | 428.80 |
| 401kLoan | 118.09 | 826.63 |
| CPIDThft | 7.38 | 51.66 |
| EmplGive | 5.00 | 35.00 |
| Total Deductions | 626.70 | 4,385.54 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| Imp Inc | 1.38 | 9.66 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 9,371.61 |
| SS EE | 9,800.41 |
| Medicare | 9,800.41 |
| GA WH | 9,371.61 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXXXX1885 | | 905.39 |

**NET PAY >>>**  905.39
PAY PERIOD   03/14/2021 - 03/27/2021

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 7.69 | 101.03 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED    S | 0 | 0.00 |
| GA | 0 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

EASTSIDE SURGICAL ASSOC
1600 Medical Way
Suite 220
Snellville, GA 30078
770-972-7999

DEPOSIT VOUCHER ONLY-
NOT A CHECK

74419981
DATE: 04/02/2021

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |



**Piedmont Medical Care Corp**
2727 Paces Ferry Rd
Atlanta, GA 30339

| | |
|---|---|
| Pay Group: | 110-Piedmont Medical Care Corp |
| Pay Begin Date: | 10/24/2021 |
| Pay End Date: | 11/06/2021 |

| | |
|---|---|
| Business Unit: | P1011 |
| Advice #: | 000000000838271 |
| Advice Date: | 11/12/2021 |

**Karyn Colegrove**
525 Pittman Mill Ct.
Loganville, GA 30052

| | |
|---|---|
| Employee ID: | 216909 |
| Department: | 18501-PPG Surg Spec Eastside |
| Location: | 1700 Tree Lane |
| Job Title: | Medical Asst-PEM |
| Pay Rate: | $18.810000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 10/24/2021 | 10/30/2021 | 18.810000 | 34.57 | 650.26 | 492.34 | 9,260.91 |
| PTO Schedl | 10/24/2021 | 10/30/2021 | 18.810000 | 5.43 | 102.14 | 40.13 | 754.85 |
| Regular | 10/31/2021 | 11/06/2021 | 18.810000 | 14.30 | 268.98 | | 0.00 |
| PTO Schedl | 10/31/2021 | 11/06/2021 | 18.810000 | 1.70 | 31.98 | | 0.00 |
| PTO Unschd | 10/31/2021 | 11/06/2021 | 18.810000 | 24.00 | 451.44 | 28.38 | 533.83 |
| BNS Bonus | | | | | 0.00 | | 400.00 |
| Jury Duty | | | | | 0.00 | 8.00 | 150.48 |
| Overtime | | | | | 0.00 | 4.48 | 128.85 |
| **TOTAL:** | | | | | **1,504.80** | | **11,228.92** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 95.36 | 818.64 |
| Fed MED/EE | 20.75 | 155.37 |
| Fed OASDI/EE | 88.75 | 664.35 |
| GA Withholdng | 60.31 | 475.41 |
| **TOTAL:** | **265.17** | **2,113.77** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 24.71 |
| Dental Plan | 10.64 | 74.48 |
| Medical Care Flex Spending | 25.00 | 175.00 |
| Medical Plan | 34.62 | 242.34 |
| 401(k) | 90.29 | 398.82 |
| **TOTAL:** | **164.08** | **915.35** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 31.68 |
| Aflac Critical Illness Insuran | 7.51 | 45.06 |
| Aflac Hospital Indemnity | 11.68 | 70.08 |
| Aflac Permanent Life | 17.57 | 105.42 |
| **TOTAL:** | **42.04** | **252.24** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 1.89 |
| Basic Life | 1.14 | 7.98 |
| Long-Term Disability | 3.96 | 27.72 |
| Dental Plan | 10.64 | 74.48 |
| Medical Plan | 329.21 | 2,304.47 |
| 401(k) | 90.29 | 398.82 |
| Basic Life* | 0.42 | 2.94 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,504.80 | 1,341.14 | 265.17 | 206.12 | 1,033.51 |
| YTD | 11,228.92 | 10,316.51 | 2,113.77 | 1,167.59 | 7,947.56 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.62 | 60.30 | | 0.00 |
| Taken | -31.13 | -68.52 | | 0.00 |
| Adjustments | 0.00 | 75.83 | | 0.00 |
| End Balance | | 67.61 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000838271 | Checking | 7044271885 | 1,033.51 |
| **TOTAL:** | | | **1,033.51** |

**MESSAGE:**



| | | | | |
|---|---|---|---|---|
| **Piedmont Medical Care Corp**<br>2727 Paces Ferry Rd<br>Atlanta, GA  30339 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 110-Piedmont Medical Care Corp<br>11/07/2021<br>11/20/2021 | Business Unit:<br>Advice #:<br>Advice Date: | P1011<br>000000000842700<br>11/26/2021 |

| | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|
| Karyn Colegrove<br>525 Pittman Mill Ct.<br>Loganville, GA  30052 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 216909<br>18501-PPG Surg Spec Eastside<br>1700 Tree Lane<br>Medical Asst-PEM<br>$18.810000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | Single<br>0 |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 11/07/2021 | 11/13/2021 | 18.810000 | 39.88 | 750.14 | 572.22 | 10,763.45 |
| Overtime | 11/14/2021 | 11/20/2021 | 28.215000 | 0.22 | 6.21 | 4.70 | 135.06 |
| Regular | 11/14/2021 | 11/20/2021 | 18.810000 | 40.00 | 752.40 | | 0.00 |
| BNS Bonus | | | | | 0.00 | | 400.00 |
| Jury Duty | | | | | 0.00 | 8.00 | 150.48 |
| PTO Schedl | | | | | 0.00 | 40.13 | 754.85 |
| PTO Unschd | | | | | 0.00 | 28.38 | 533.83 |
| **TOTAL:** | | | | | **1,508.75** | | **12,737.67** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 95.81 | 914.45 |
| Fed MED/EE | 20.82 | 176.19 |
| Fed OASDI/EE | 88.99 | 753.34 |
| GA Withholdng | 60.52 | 535.93 |
| **TOTAL:** | **266.14** | **2,379.91** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 28.24 |
| Dental Plan | 10.64 | 85.12 |
| Medical Care Flex Spending | 25.00 | 200.00 |
| Medical Plan | 34.62 | 276.96 |
| 401(k) | 90.53 | 489.35 |
| **TOTAL:** | **164.32** | **1,079.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 36.96 |
| Eastside Food Service | 6.19 | 6.19 |
| Aflac Critical Illness Insuran | 7.51 | 52.57 |
| Aflac Hospital Indemnity | 11.68 | 81.76 |
| Aflac Permanent Life | 17.57 | 122.99 |
| **TOTAL:** | **48.23** | **300.47** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 2.16 |
| Basic Life | 1.14 | 9.12 |
| Long-Term Disability | 3.96 | 31.68 |
| Dental Plan | 10.64 | 85.12 |
| Medical Plan | 329.21 | 2,633.68 |
| 401(k) | 90.53 | 489.35 |
| Basic Life* | 0.42 | 3.36 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,508.75 | 1,344.85 | 266.14 | 212.55 | 1,030.06 |
| YTD | 12,737.67 | 11,661.36 | 2,379.91 | 1,380.14 | 8,977.62 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.62 | 68.92 | | 0.00 |
| Taken | 0.00 | -68.52 | | 0.00 |
| Adjustments | 0.00 | 75.83 | | 0.00 |
| End Balance | | 76.23 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000842700 | Checking | 7044271885 | 1,030.06 |
| **TOTAL:** | | | **1,030.06** |

MESSAGE:



**Piedmont Medical Care Corp**
2727 Paces Ferry Rd
Atlanta, GA 30339

| | |
|---|---|
| Pay Group: | 110-Piedmont Medical Care Corp |
| Pay Begin Date: | 11/21/2021 |
| Pay End Date: | 12/04/2021 |

| | |
|---|---|
| Business Unit: | P1011 |
| Advice #: | 000000000847151 |
| Advice Date: | 12/10/2021 |

Karyn Colegrove
525 Pittman Mill Ct.
Loganville, GA 30052

| | |
|---|---|
| Employee ID: | 216909 |
| Department: | 18501-PPG Surg Spec Eastside |
| Location: | 1700 Tree Lane |
| Job Title: | Medical Asst-PEM |
| Pay Rate: | $18.810000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | | YTD | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 11/21/2021 | 11/27/2021 | 18.810000 | 24.48 | 460.47 | 636.70 | 11,976.32 | |
| PTO Schedl | 11/21/2021 | 11/27/2021 | 18.810000 | 15.52 | 291.93 | 55.65 | 1,046.78 | |
| Overtime | 11/28/2021 | 12/04/2021 | 28.215000 | 1.63 | 45.99 | 6.33 | 181.05 | |
| Regular | 11/28/2021 | 12/04/2021 | 18.810000 | 40.00 | 752.40 | | 0.00 | |
| BNS Bonus | | | | | 0.00 | | 400.00 | |
| Jury Duty | | | | | 0.00 | 8.00 | 150.48 | |
| PTO Unschd | | | | | 0.00 | 28.38 | 533.83 | |
| **TOTAL:** | | | | | **1,550.79** | | **14,288.46** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 100.55 | 1,015.00 |
| Fed MED/EE | 21.42 | 197.61 |
| Fed OASDI/EE | 91.60 | 844.94 |
| GA Withholdng | 62.79 | 598.72 |
| **TOTAL:** | **276.36** | **2,656.27** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 31.77 |
| Dental Plan | 10.64 | 95.76 |
| Medical Care Flex Spending | 25.00 | 225.00 |
| Medical Plan | 34.62 | 311.58 |
| 401(k) | 93.05 | 582.40 |
| **TOTAL:** | **166.84** | **1,246.51** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 42.24 |
| Aflac Critical Illness Insuran | 7.51 | 60.08 |
| Aflac Hospital Indemnity | 11.68 | 93.44 |
| Aflac Permanent Life | 17.57 | 140.56 |
| Eastside Food Service | 0.00 | 6.19 |
| **TOTAL:** | **42.04** | **342.51** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 2.43 |
| Basic Life | 1.14 | 10.26 |
| Long-Term Disability | 3.96 | 35.64 |
| Dental Plan | 10.64 | 95.76 |
| Medical Plan | 329.21 | 2,962.89 |
| 401(k) | 93.05 | 582.40 |
| Basic Life* | 0.42 | 3.78 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,550.79 | 1,384.37 | 276.36 | 208.88 | 1,065.55 |
| YTD | 14,288.46 | 13,045.73 | 2,656.27 | 1,589.02 | 10,043.17 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.62 | 77.54 | | 0.00 |
| Taken | -15.52 | -84.03 | | 0.00 |
| Adjustments | 0.00 | 75.83 | | 0.00 |
| End Balance | | 69.34 | | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000847151 | Checking | 7044271885 | 1,065.55 |
| **TOTAL:** | | | **1,065.55** |

MESSAGE:



**Piedmont Medical Care Corp**
2727 Paces Ferry Rd
Atlanta, GA 30339

Pay Group: 110-Piedmont Medical Care Corp
Pay Begin Date: 12/05/2021
Pay End Date: 12/18/2021

Business Unit: P1011
Advice #: 000000000854469
Advice Date: 12/23/2021

**Karyn Colegrove**
525 Pittman Mill Ct.
Loganville, GA 30052

Employee ID: 216909
Department: 18501-PPG Surg Spec Eastside
Location: 1700 Tree Lane
Job Title: Medical Asst-PEM
Pay Rate: $18.810000 Hourly

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 12/05/2021 | 12/11/2021 | 18.810000 | 39.07 | 734.91 | 707.24 | 13,303.18 |
| Regular | 12/12/2021 | 12/18/2021 | 18.810000 | 31.47 | 591.95 | | 0.00 |
| PTO Schedl | 12/12/2021 | 12/18/2021 | 18.810000 | 8.53 | 160.45 | 64.18 | 1,207.23 |
| BNS Bonus | | | | | 0.00 | | 400.00 |
| Jury Duty | | | | | 0.00 | 8.00 | 150.48 |
| Overtime | | | | | 0.00 | 6.33 | 181.05 |
| PTO Unschd | | | | | 0.00 | 28.38 | 533.83 |
| Thank You | | | | | 0.00 | | 300.00 |
| **TOTAL:** | | | | | **1,487.31** | | **16,075.77** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 93.39 | 1,174.39 |
| Fed MED/EE | 20.50 | 222.46 |
| Fed OASDI/EE | 87.67 | 951.21 |
| GA Withholdng | 59.36 | 675.33 |
| **TOTAL:** | **260.92** | **3,023.39** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 35.30 |
| Dental Plan | 10.64 | 106.40 |
| Medical Care Flex Spending | 25.00 | 250.00 |
| Medical Plan | 34.62 | 346.20 |
| 401(k) | 89.24 | 671.64 |
| **TOTAL:** | **163.03** | **1,409.54** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 47.52 |
| Aflac Critical Illness Insuran | 7.51 | 67.59 |
| Aflac Hospital Indemnity | 11.68 | 105.12 |
| Eastside Food Service | 12.13 | 18.32 |
| Aflac Permanent Life | 17.57 | 158.13 |
| **TOTAL:** | **54.17** | **396.68** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 2.70 |
| Basic Life | 1.14 | 11.40 |
| Long-Term Disability | 3.96 | 39.60 |
| Dental Plan | 10.64 | 106.40 |
| Medical Plan | 329.21 | 3,292.10 |
| 401(k) | 89.24 | 671.64 |
| Basic Life* | 0.42 | 4.20 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,487.31 | 1,324.70 | 260.92 | 217.20 | 1,009.19 |
| YTD | 16,075.77 | 14,670.43 | 3,023.39 | 1,806.22 | 11,246.16 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.52 | 86.06 | | 0.00 |
| Taken | -8.53 | -92.57 | | 0.00 |
| Adjustments | 0.00 | 75.83 | | 0.00 |
| **End Balance** | | **69.32** | | **0.00** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000854469 | Checking | 7044271885 | 1,009.19 |
| **TOTAL:** | | | **1,009.19** |

**MESSAGE:**



| | Piedmont Medical Care Corp<br>2727 Paces Ferry Rd<br>Atlanta, GA 30339 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 110-Piedmont Medical Care Corp<br>12/19/2021<br>01/01/2022 | Business Unit:<br>Advice #:<br>Advice Date: | P1011<br>000000000858986<br>01/07/2022 |
|---|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|---|
| Karyn Colegrove<br>525 Pittman Mill Ct.<br>Loganville, GA 30052 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 216909<br>18501-PPG Surg Spec Eastside<br>1700 Tree Lane<br>Certified Medical Asst-PEM<br>$18.810000 Hourly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | Single<br>0 |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | 
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 12/19/2021 | 12/25/2021 | 18.810000 | 31.85 | 599.10 | 61.60 | 1,158.70 |
| PTO Schedl | 12/19/2021 | 12/25/2021 | 18.810000 | 8.15 | 153.30 | 18.40 | 346.10 |
| Regular | 12/26/2021 | 01/01/2022 | 18.810000 | 29.75 | 559.60 | | 0.00 |
| PTO Schedl | 12/26/2021 | 01/01/2022 | 18.810000 | 10.25 | 192.80 | | 0.00 |

TOTAL: 1,504.80   1,504.80

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 97.59 | 97.59 |
| Fed MED/EE | 21.03 | 21.03 |
| Fed OASDI/EE | 89.90 | 89.90 |
| GA Withholdng | 61.38 | 61.38 |

TOTAL: 269.90   269.90

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 3.53 |
| Dental Plan | 10.13 | 10.13 |
| Medical Plan | 41.54 | 41.54 |
| 401(k) | 90.29 | 90.29 |

TOTAL: 145.49   145.49

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 5.28 |
| Aflac Critical Illness Insuran | 7.51 | 7.51 |
| Eastside Food Service | 9.56 | 9.56 |
| Aflac Hospital Indemnity | 11.68 | 11.68 |
| Aflac Permanent Life | 17.57 | 17.57 |

TOTAL: 51.60   51.60

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 0.27 |
| Basic Life | 0.90 | 0.90 |
| Long-Term Disability | 3.36 | 3.36 |
| Dental Plan | 10.13 | 10.13 |
| Medical Plan | 322.29 | 322.29 |
| 401(k) | 90.29 | 90.29 |
| Basic Life* | 0.42 | 0.42 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,504.80 | 1,359.73 | 269.90 | 197.09 | 1,037.81 |
| YTD | 1,504.80 | 1,359.73 | 269.90 | 197.09 | 1,037.81 |

| Start Balance | PTO: | 69.32 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.62 | 8.62 | | 0.00 |
| Taken | -18.40 | -18.40 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 59.54 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000858986 | Checking | 7044271885 | 1,037.81 |

TOTAL: 1,037.81

MESSAGE:

 **Piedmont Medical Care Corp**
2727 Paces Ferry Rd
Atlanta, GA 30339

| | |
|---|---|
| Pay Group: | 110-Piedmont Medical Care Corp |
| Pay Begin Date: | 01/02/2022 |
| Pay End Date: | 01/15/2022 |

| | |
|---|---|
| Business Unit: | P1011 |
| Advice #: | 000000000863384 |
| Advice Date: | 01/21/2022 |

**Karyn Colegrove**
525 Pittman Mill Ct.
Loganville, GA 30052

| | |
|---|---|
| Employee ID: | 216909 |
| Department: | 18501-PPG Surg Spec Eastside |
| Location: | 1700 Tree Lane |
| Job Title: | Certified Medical Asst-PEM |
| Pay Rate: | $19.370000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 01/02/2022 | 01/08/2022 | 19.370000 | 33.40 | 646.96 | 135.00 | 2,580.46 | |
| PTO Schedl | 01/02/2022 | 01/08/2022 | 19.370000 | 6.60 | 127.84 | 25.00 | 473.94 | |
| Overtime | 01/09/2022 | 01/15/2022 | 29.055000 | 0.45 | 13.07 | 0.45 | 13.07 | |
| Regular | 01/09/2022 | 01/15/2022 | 19.370000 | 40.00 | 774.80 | | 0.00 | |
| **TOTAL:** | | | | | **1,562.67** | | **3,067.47** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 104.12 | 201.71 |
| Fed MED/EE | 21.86 | 42.89 |
| Fed OASDI/EE | 93.49 | 183.39 |
| GA Withholdng | 64.50 | 125.88 |
| **TOTAL:** | **283.97** | **553.87** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Plan | 3.53 | 7.06 |
| Dental Plan | 10.13 | 20.26 |
| Medical Plan | 41.54 | 83.08 |
| 401(k) | 93.76 | 184.05 |
| **TOTAL:** | **148.96** | **294.45** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aflac Accident Insurance | 5.28 | 10.56 |
| Eastside Food Service | 6.83 | 16.39 |
| Aflac Critical Illness Insuran | 7.51 | 15.02 |
| Aflac Hospital Indemnity | 11.68 | 23.36 |
| Aflac Permanent Life | 17.57 | 35.14 |
| **TOTAL:** | **48.87** | **100.47** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Accidental Death and Dismembr | 0.27 | 0.54 |
| Basic Life | 0.90 | 1.80 |
| Long-Term Disability | 3.36 | 6.72 |
| Dental Plan | 10.13 | 20.26 |
| Medical Plan | 322.29 | 644.58 |
| 401(k) | 93.76 | 184.05 |
| Basic Life* | 0.42 | 0.84 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,562.67 | 1,414.13 | 283.97 | 197.83 | 1,080.87 |
| YTD | 3,067.47 | 2,773.86 | 553.87 | 394.92 | 2,118.68 |

| Start Balance | PTO: | 69.32 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 8.62 | 17.24 | | 0.00 |
| Taken | -6.60 | -25.00 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 61.56 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000863384 | Checking | 7044271885 | 1,080.87 |
| **TOTAL:** | | | **1,080.87** |

MESSAGE:



**Piedmont Medical Care Corp**
2727 Paces Ferry Rd
Atlanta, GA 30339

| Pay Group: | 110-Piedmont Medical Care Corp |
| --- | --- |
| Pay Begin Date: | 01/16/2022 |
| Pay End Date: | 01/29/2022 |

| Business Unit: | P1011 |
| --- | --- |
| Advice #: | 000000000868043 |
| Advice Date: | 02/04/2022 |

**Karyn Colegrove**
525 Pittman Mill Ct.
Loganville, GA 30052

| Employee ID: | 216909 |
| --- | --- |
| Department: | 18501-PPG Surg Spec Eastside |
| Location: | 1700 Tree Lane |
| Job Title: | Certified Medical Asst-PEM |
| Pay Rate: | $19.370000 Hourly |

### TAX DATA:

| | Federal | GA State |
| --- | --- | --- |
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 01/16/2022 | 01/22/2022 | 19.370000 | 35.73 | 692.09 | 210.73 | 4,047.35 |
| PTO Schedl | 01/16/2022 | 01/22/2022 | 19.370000 | 2.92 | 56.56 | 27.92 | 530.50 |
| PTO Unschd | 01/16/2022 | 01/22/2022 | 19.370000 | 1.35 | 26.15 | 1.35 | 26.15 |
| Regular | 01/23/2022 | 01/29/2022 | 19.370000 | 40.00 | 774.80 | | 0.00 |
| Overtime | | | | | 0.00 | 0.45 | 13.07 |
| **TOTAL:** | | | | | **1,549.60** | | **4,617.07** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 102.64 | 304.35 |
| Fed MED/EE | 21.67 | 64.56 |
| Fed OASDI/EE | 92.68 | 276.07 |
| GA Withholdng | 63.80 | 189.68 |
| **TOTAL:** | **280.79** | **834.66** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Vision Plan | 3.53 | 10.59 |
| Dental Plan | 10.13 | 30.39 |
| Medical Plan | 41.54 | 124.62 |
| 401(k) | 92.98 | 277.03 |
| **TOTAL:** | **148.18** | **442.63** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Aflac Accident Insurance | 5.28 | 15.84 |
| Aflac Critical Illness Insuran | 7.51 | 22.53 |
| Aflac Hospital Indemnity | 11.68 | 35.04 |
| Aflac Permanent Life | 17.57 | 52.71 |
| Eastside Food Service | 19.46 | 35.85 |
| **TOTAL:** | **61.50** | **161.97** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Accidental Death and Dismembr | 0.27 | 0.81 |
| Basic Life | 0.90 | 2.70 |
| Long-Term Disability | 3.36 | 10.08 |
| Dental Plan | 10.13 | 30.39 |
| Medical Plan | 322.29 | 966.87 |
| 401(k) | 92.98 | 277.03 |
| Basic Life* | 0.42 | 1.26 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,549.60 | 1,401.84 | 280.79 | 209.68 | 1,059.13 |
| YTD | 4,617.07 | 4,175.70 | 834.66 | 604.60 | 3,177.81 |

| Start Balance | PTO: | 69.32 | EIB: | 0.00 |
| --- | --- | --- | --- | --- |
| | Current | YTD | | YTD |
| Accrued | 8.62 | 25.86 | | 0.00 |
| Taken | -4.27 | -29.27 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 65.92 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000000868043 | Checking | 7044271885 | 1,059.13 |
| **TOTAL:** | | | **1,059.13** |

**MESSAGE:**